**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR529 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| SHANNON D. WEST, | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 93) of the Petition for Offender Under Supervision (Filing No. 82). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the petition against the above-named Defendant.

IT IS ORDERED that:

1. The government's Motion for Dismissal (Filing No. 93) is granted;

2. The Petition for Offender Under Supervision (Filing No. 82) is dismissed; and

3. The hearing scheduled for Thursday, December 20, 2012, is cancelled.

DATED this 19th day of December, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge